James O'Neill, Respondent, v. Anna Elizabeth O'Neill, Appellant.— Order

changing the place of trial to Putnam county affirmed, without costs. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.